ATTACHMENT B

UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF MISSOURI

<u>AFFIDAVIT</u>

I, David D. Burlew, being first duly sworn, do hereby depose and state that:

1. I am a Special Agent with the FBI and have been for over 18 years. I am presently assigned to the FBI office in Springfield, Missouri. In the course of my duties, I investigate violent crimes in violation of federal laws, to include bank robbery, in violation of Title 18, USC, Section 2113.

2. On Friday, August 24, 2007, at approximately 9:35 a.m., the Springfield, Missouri Police Department (SPD) and the FBI responded to a reported bank robbery at Guaranty Bank (GB), 2109 N. Glenstone, Springfield, Greene County, Missouri. One adult white male suspect entered GB wearing a blue short sleeve t-shirt, blue "pajama" bottoms, white tennis shoes and a brown "straw hat". Suspect also had a partially smoked cigar held in his mouth and carried a multi-colored small child size "back pack".

3. Upon entering, the suspect approached the teller counter, looked at the victim female bank teller and handed her a pre-written bank robbery demand note. The suspect wrote this demand note prior to entering GB on a white piece of paper, with print on the back side, and used a black ink pen. This bank robbery note was recovered by the FBI and the following bank robbery demand was written by the suspect:

1

This is a holdup. I have a gun. Give me $10,000 dollars. $100, $50, $20, $10. No dye packs. No bait money. No transmitters. I will shoot. Don't push the alarm. Come on hurry up. Give me the money now!

4. The victim bank teller read the demand note, complied with the suspect's demand and provided the suspect U.S. Currency (loot) from her teller cash drawer. The suspect took this money from the victim teller with his right hand and walked out of the GB through the front entrance/exit doors he earlier entered, without further incident.

5. During this bank robbery, the victim teller was in fear of her life, safety and welfare. No injuries were reported regarding this bank robbery.

6. After the suspect fled from the GB, witnesses saw him enter into the back seat of a yellow cab. The cab driver was seen driving the suspect north on Glenstone and away from the GB.

7. Shortly thereafter, officers from the SPD located the driver of this yellow cab and conducted a felony traffic stop on it. This traffic stop occurred on Interstate 44, eastbound near the Strafford, Missouri exit. After this stop, the suspect got out of the yellow cab and was arrested by officers of the SPD, without incident.

8. SA Burlew arrived at the arrest scene and took custody of the suspect, who was identified as a Joseph W. Jean-Louis, described as a white male, Date of Birth (DOB) XXXXXX,1952, Social Security Account Number (SSAN) XXX-XX-XXXX.

9. Two victim tellers from the GB were transported to the

arrest scene by officers of the SPD and both independently made a positive identification of Jean-Louis as the person who committed the bank robbery at GB.

10. SA Burlew searched the person of Jean-Louis and located a "wad of money" inside the right front pants pocket of Jean-Louis. This money was later counted by SA Burlew and totaled $1,007.

11. The driver of the yellow cab provided SA Burlew with one $100 bill and indicated Jean-Louis gave this to him, shortly after this bank robbery, as a "deposit" to drive Jean-Louis to Camdenton, Missouri. The cab driver informed SA Burlew he told Jean-Louis this transportation would cost him a total of $150.

12. SA Burlew recovered the personal belongings of Jean-Louis from the back seat of the yellow cab that included a black duffel bag, containing clothes and other miscellaneous items; one brown straw hat; one black baseball cap and one partially smoked cigar.

13. SA Burlew also recovered the blue short sleeve shirt, blue pajama bottoms, the white tennis shoes and multi-colored child's backpack worn/used by Jean-Louis during the bank robbery at GB.

14. Jean-Louis was read his "Advice of Rights" per the Miranda Warning by SA Burlew and Jean-Louis waived those rights and wanted to speak with SA Burlew about this bank robbery. Jean-Louis provided a full confession to committing the bank robbery at GB, dated August 24, 2007, because he was broke and needed the money. Jean-Louis noted he "acted

alone" and never possessed any weapon, including any firearm.

15. During the course of this bank robbery investigation, SA Burlew obtained good quality digital bank robbery surveillance photographs of Jean-Louis committing this bank robbery. SA Burlew showed Jean-Louis two of these photographs and he confessed the person depicted in both photographs, wearing the blue short sleeve shirt, blue pants, white tennis shoes and brown straw hat was him. Jean-Louis placed his initials next to his photographs, as did SA Burlew.

16. At the time of this bank robbery, GB deposits were insured by the Federal Deposit Insurance Corporation. An audit was conducted from the victim's teller cash drawer and it was determined the U.S. Currency taken by Jean-Louis during this bank robbery was over $500.

17. There was never any weapon displayed during this bank robbery at GB.

Further affiant sayeth not.

\_\_\_\_/s/ David D. Burlew_____
David D. Burlew
Special Agent
Federal Bureau of Investigation
Springfield, Missouri

Subscribed and sworn to before me this_24th day of August, 2007.

\_\_\_\_\_/s/ James C. England\_\_\_\_\_
Chief U.S. Magistrate Judge
James C. England

4